FILED

11/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0529

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 23-0529

_____

CAITHNESS BEAVER CREEK, LLC,
     *Petitioner/Appellant*

     v.

THE MONTANA DEPARTMENT OF PUBLIC SERVICE
REGULATION, MONTANA PUBLIC SERVICE COMMISSION,
     *Respondent/Appellee*

and

NORTHWESTERN CORPORATION d/b/a NORTHWESTERN ENERGY,
     *Respondent/Appellee*

and

THE MONTANA CONSUMER COUNSEL,

     *Respondent-Intervenor/Appellee*

_____

## [PROPOSED] ORDER ON CAITHNESS BEAVER CREEK, LLC'S MOTION FOR EXTENSION OF TIME

Appellant, Caithness Beaver Creek, LLC ("CBC"), moved this Court for an extension of time to file its opening brief, pursuant to Rule 26(1) of the Montana Rules of Appellate Procedure. Counsel for the other parties in this matter do not object.

No objection having been made, and good cause appearing, it is ordered that CBC's

Motion for Extension of Time is GRANTED.  Appellant shall file its opening brief on or before

December 20, 2023.

Done and dated this _____ day of November, 2023.

_____

Justice
Supreme Court of the State of Montana

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 3 2023